O’NIELL, C. J.
 

 (dissenting).
 

 The Equitable Casualty & Surety Company, being insolvent, refused to answer or defend this suit. The National Surety Company feared that it would be liable for any judgment rendered against its codefendant, Equitable Casualty & Surety Co. The judge, therefore, was right in forbidding a confirmation of default against the Equitable Casualty & Surety Company until the National Sure-' ty Company’s defense could be heard. Schumert-Warfield-Buja, Inc., v. Buie, 148 La. 726, 87 So. 726, is authority for the proposition merely that one cannot enjoin another from bringing suit against him; which is not appropriate to this case. I respectfully dissent from the ruling in this case, ■ but my opinión is that the judge may yet refuse to allow the judgment to be confirmed until the National Surety Company is heard.